# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA DEMYANENKO-TODD, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | NO. 17-CV-00772 |
| v. | JUDGE MARIANI |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ELECTRONICALLY FILED |
| Defendants. | |

## DEFENDANT'S MOTION TO STRIKE OR PRECLUDE CLASS ACTION ALLEGATIONS

Pursuant to Local Rule 7.1, Defendant Navient Solutions, LLC hereby moves to strike or preclude the class action allegations in the First Amended Complaint in the above-captioned matter. The grounds supporting this motion are set forth in the accompanying memorandum of law in accordance with Local Rule 7.5. Pursuant to Local Rule 7.9, Navient Solutions, LLC requests oral argument in relation to this motion.[1]

---

[1] As set forth in the accompanying brief, Defendant Navient Corporation joins in this Motion.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

/s/ Lisa M. Simonetti
Lisa M. Simonetti (*pro hac vice*)

Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
(424) 204-7700

/s/ Bryan K. Clark
Bryan K. Clark (*pro hac vice*)

Vedder Price PC
222 N. LaSalle Street
Chicago, IL 60601
(312) 609-7810

Attorneys for Defendants,
Navient Corporation, Navient
Solutions, Inc. and Navient Solutions,
LLC

Dated: November 10, 2017

## CERTIFICATE OF NON-CONCURRENCE

I, Daniel T. Brier hereby certify that I sought the concurrence of counsel for the Plaintiffs, Robert D. Schaub, Esquire, in this Motion. Mr. Schaub does not concur in the Motion

/s/ Daniel T. Brier

Date: November 10, 2017

# CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion To Strike or Preclude Class Action Allegations was served upon the following counsel of record via the Court's ECF system on this 10th day of November, 2017:

>Robert D. Schaub, Esquire
>Rosenn Jenkins & Greenwald, LLP
>15 South Franklin Street
>Wilkes-Barre, PA 18711
>
>Joseph H. Meltzer, Esquire
>Edward W. Ciolko, Esquire
>Geoffrey C. Jarvis, Esquire
>Meredith L. Lambert, Esquire
>Zachary Arbitman, Esquire
>Kessler Topaz Meltzer & Check, LLP
>280 King of Prussia Road
>Radnor, PA   19087

>/s/ Daniel T. Brier
>Daniel T. Brier