# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA DEMYANENKO-TODD, KIMBERLY FORCE, and MELISSA MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | No. 3:17-cv-00772<br><br>(Hon. Robert D. Mariani) |

## ORDER GRANTING
## JOINT MOTION TO ENLARGE DEADLINES

Upon consideration of the Joint Motion to Enlarge the deadlines to join additional parties and amend the pleadings, IT IS HEREBY ORDERED that the motion is GRANTED and that motions to join additional parties and motions to amend the pleadings are due 30 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike.

Entered this 9th day of March, 2018.

_____
The Honorable Robert D. Mariani
District Judge
United States District Court for the
Middle District of Pennsylvania

1