IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA DEMYANENKO-TODD, KIMBERLY FORCE, and MELISSA MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC,<br><br>　　　　　Defendants. | No. 3:17-cv-00772<br><br>(Hon. Robert D. Mariani) |

**DEFENDANTS' NOTICE OF APPEARANCE OF LISA SIMONETTI RE CHANGE OF FIRM AND ADDRESS**

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lisa M. Simonetti of Greenberg Traurig, LLP, hereby appears as counsel of record on behalf of Defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc., and requests that copies of all notices, motions and other filings be directed to the following address:

　　Lisa M. Simonetti
　　Email: SimonettiL@gtlaw.com
　　GREENBERG TRAURIG, LLP
　　1840 Century Park East, Suite 1900
　　Los Angeles, CA 90067
　　Phone: (310) 586-7700
　　Facsimile: (310) 586-7800

Dated:  March 5, 2019

　　　　　　　　　　　　　　　　　　　By: /s/ Lisa M. Simonetti
　　　　　　　　　　　　　　　　　　　　　Lisa Simonetti
　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　　Email: SimonettiL@gtlaw.com
　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP

ADMIN 34949963v1

1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Phone: (310) 586-7700
Facsimile: (310) -586-7800

Defendants Navient Corporation and
Navient Solutions, LLC, formerly known as
Navient Solutions, Inc.

Daniel T. Brier
dbrier@mbklaw.com
Donna A. Walsh
dwalsh@mbklaw.com
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
T: 570-342-6100
F: 570-342-6147

Defendants Navient Corporation, Navient
Solutions, Inc. and Navient Solutions, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                    /s/ Lisa M. Simonetti
                    Lisa M. Simonetti
                    Email: SimonettiL@gtlaw.com
                    GREENBERG TRAURIG, LLP
                    1840 Century Park East, Suite 1900
                    Los Angeles, CA 90067
                    Phone: (310) 586-7700
                    Facsimile: (310) -586-7800