# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA DEMYANENKO-TODD, et al., | : |
| Plaintiffs, | : |
| v. | : 3:17-CV-772 |
| | : (JUDGE MARIANI) |
| NAVIENT CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 29th DAY OF SEPTEMBER, 2020, a Mandate having been issued on July 27, 2020 by the Third Circuit Court of Appeals which resolved the interlocutory appeal filed in the District Court case *Commonwealth of Pennsylvania v. Navient Corporation*, 3:17-cv-1814 (*see Pa. v. Navient Corp.*, 967 F.3d 272 (3d Cir. 2020)),

**IT IS HEREBY ORDERED THAT:**

1. The stay issued in this matter on May 8, 2019 (Doc. 96) is **LIFTED**.

2. Within **14 days of the date of this Order**, the parties shall file a joint letter setting forth the status of this action and listing all agreed upon new case management deadlines as well as any deadlines upon which the parties have failed to agree. Should the parties agree on all new case management deadlines, and the Court agrees that the requested deadlines are appropriate, the Court shall adopt the parties' submission and issue an Order incorporating the deadlines therein. Should the letter reflect any deadlines upon which the parties

have failed to agree, or should the parties so request in the letter, the Court will schedule a telephone conference to address any issues raised by the parties.

Robert D. Mariani
United States District Judge