

E-Mail: GJarvis@ktmc.com

October 13, 2020

**VIA ELECTRONIC FILING**

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

    Re:   *Demyanenko-Todd, et al. v. Navient Corp, et al.*,
           No. 3:17-cv-00772 (M.D. Pa.)

Dear Judge Mariani:

The parties write in accordance with the Court's Order dated September 29, 2020 (ECF 97), to advise regarding the status of discovery and to propose the following agreed-upon case management deadlines.

Prior to the Court's stay of this case pending a decision from the Third Circuit in *Commonwealth of Pennsylvania v. Navient Corp, et al*, 2019-02116, on the question of preemption, the parties had been engaged in discovery. Specifically, plaintiffs each produced documents and sat for a deposition. Defendant Navient Solutions, LLC also produced hundreds of thousands of documents, which plaintiffs were still in the process of reviewing when the case was stayed. Plaintiffs have not yet noticed any depositions of percipient witnesses for defendants. After the Court lifted the stay, the parties met and conferred about recommencing discovery and a proposed schedule for completing the same. Additionally, defendants intend to re-file their Motion to Dismiss and Motion to Strike Plaintiffs' Class Action Allegations, which the Court denied without prejudice, when it stayed the case.

In light of the foregoing, the parties propose the following schedule for completing discovery and filing dispositive motions in this action:

| Event | Deadline |
|---|---|
| Motions to join additional parties | 30 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike |
| Motions to amend the pleadings | 30 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike |

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM



| | |
|:---:|:---:|
| Completion of Fact Discovery | September 15, 2021 |
| Dispositive Motions | November 15, 2021 |
| Plaintiffs' Expert Reports | January 14, 2022 |
| Defendants' Expert Reports | March 15, 2022 |
| All Expert Supplementations | May 13, 2022 |
| Completion of Expert Discovery | June 27, 2022 |
| Plaintiffs' Motion for Class Certification | 120 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike |

The parties respectfully request that the Court enter the attached proposed scheduling order consistent with these deadlines.

Respectfully,

*/s/ Geoffrey C. Jarvis*
Counsel for Plaintiffs


*/s/ Lisa Simonetti*
Counsel for Defendants

cc: All counsel of record (via ECF)