UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA DEMYANENKO-TODD, KIMBERLY FORCE, and MELISSA MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | No. 3:17-cv-00772<br><br>(Hon. Robert D. Mariani) |

## [PROPOSED] SCHEDULING ORDER

AND NOW, THIS _____ DAY OF OCTOBER, 2020, IT IS HEREBY ORDERED THAT:

| Event | Deadline |
|---|---|
| Motions to join additional parties | 30 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike |
| Motions to amend the pleadings | 30 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike |
| Completion of Fact Discovery | September 15, 2021 |
| Dispositive Motions | November 15, 2021 |
| Plaintiffs' Expert Reports | January 14, 2022 |
| Defendants' Expert Reports | March 15, 2022 |
| All Expert Supplementations | May 13, 2022 |

Case 3:17-cv-00772-RDM   Document 98-1   Filed 10/13/20   Page 2 of 2

2

| Completion of Expert Discovery | June 27, 2022 |
|---|---|
| Plaintiffs' Motion for Class Certification | 120 days after the Court's decision on Defendants' Motion to Dismiss and Motion to Strike |

_____
The Honorable Robert D. Mariani
United States District Judge