UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLGA DEMYANENKO-TODD, KIMBERLY FORCE, and MELISSA MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | No. 3:17-cv-00772<br><br>(Hon. Robert D. Mariani) |

## STIPULATION OF DISMISSAL

WHEREAS, the Parties (collectively, Plaintiffs Olga Demyanenko-Todd, Kimberly Force, and Melissa Miller and Defendants Navient Corporation and Navient Solutions, LLC) have reached a confidential settlement of all claims by all Plaintiffs against all Defendants and have agreed jointly to stipulate, under Federal Rule of Civil Procedure 41, to the dismissal of this Action in its entirety.

NOW THERFORE, it is stipulated and agreed that the Action shall be dismissed with prejudice as to all Plaintiffs and without prejudice as to the alleged putative class with each party bearing that party's own attorney's fees and costs.

1

SO STIPULATED THIS 5 day of April 2022.

*/s/ Robert D. Schaub*
Robert D. Schaub (PA 42466)
**ROSENN JENKINS & GREENWALD, LLP**
15 South Franklin St.
Wilkes-Barre, PA 18711
Tel:  (570) 826-5600
Fax:  (570) 826-5640
Email: rschaub@rjglaw.com

*/s/ Joseph H. Meltzer*
Joseph H. Meltzer (PA 80136)
Geoffrey C. Jarvis (PA 75473)
Michelle Newcomer (PA 200364)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email: jmeltzer@ktmc.com
Email: gjarvis@ktmc.com
Email: mnewcomer@ktmc.com

*Counsel for Plaintiffs*

*/s/ Daniel T. Brier*
Daniel T. Brier (PA 52348)
**MYERS BRIER & KELLY, LLP**
425 Spruce Street, Suite 200
Scranton, PA 18503
Tel: 570-342-6100
Fax: 570-342-6147
Email: dbrier@mbklaw.com


*/s/ Lisa M. Simonetti*
Lisa M. Simonetti (*pro hac vice*)
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067-2121
Tel: 310.586.7824
Fax: 310.586.7800
Email: simonettil@gtlaw.com

*Counsel for Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Lisa M. Simonetti*