IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OLGA DEMYANENKO-TODD, et al., :
:
    Plaintiffs, :
: 3:17-CV-772
v. : (JUDGE MARIANI)
:
NAVIENT CORPORATION, et al., :
:
    Defendants. :

## ORDER

AND NOW, THIS 5th DAY OF APRIL, 2022, upon consideration of the parties' Stipulation of Dismissal (Doc. 104), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** the above captioned matter is **DISMISSED WITH PREJUDICE** as to all Plaintiffs and **WITHOUT PREJUDICE** as to the alleged putative class. The Clerk of Court is directed to **CLOSE** this case.

                                                                               Robert D. Mariani
                                                                               United States District Judge